

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00050-CV

_____

IN RE DAVID LYNN, Relator

_____

Original Proceeding
348th District Court of Tarrant County, Texas
Trial Court No. 348-331430-22

_____

Before Bassel, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency stay are denied.

Per Curiam

Delivered: February 5, 2025